RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Easter District of Virginia

2013 SEP -9  P 12: 17

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |  |
|---|---|---|
| Mohammad Anwar | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1: 13-cv-01123-LMB-TRJVAED |
| Abdul Rahman Ayoubi | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Abdul Rahman Ayoubi
    4510 Wyvonnes Way
    Plano, Texas 75024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAHANGIR GHOBADI
10615 Judicial Dr. #103
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     09/09/2013

                              *Signature of Clerk or Deputy Clerk*