# CIVIL MOTION MINUTES

Date: 11/15/13

Time: 10:14am-10:25am

Judge: Brinkema
Reporter: A. Thomson

Civil Action Number: 1:13cv1123

Mohammad Anwar   vs.   Abdul Rahman Ayoubi

Appearances of Counsel for   (X) Pltf   (X) Deft

Motion to/for:
#3 Deft's Motion to Dismiss

Argued &
(X) Granted   ( ) Denied   ( ) Granted in part/Denied in part
( ) Taken Under Advisement   ( ) Continued to

( ) Memorandum Opinion to Follow

(X) Order to follow