FILED
NOV 1 5 2013
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOHAMMAD ANWAR,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    1:13cv1123 (LMB/TRJ)
                                   )
ABDUL RAHMAN AYOUBI,               )
                                   )
          Defendant.               )

ORDER

     For the reasons stated in open court, Defendant's Motion to
Dismiss Under Rules 12(b)(1) and 12(b)(6) [Dkt. No. 3] is GRANTED,
and it is hereby

     ORDERED that plaintiff's Complaint [Dkt. No. 1] be and is
DISMISSED WITHOUT PREJUDICE; and it is further

     ORDERED that plaintiff has until Friday, November 29, 2013, to
file an amended complaint that complies with all applicable federal
and local rules.

     The Clerk is directed to forward copies of this Order to counsel
of record.

     Entered this 15 day of November, 2013.

Alexandria, Virginia

                                        /s/
                                   _____
                                   Leonie M. Brinkema
                                   United States District Judge